**Order entered April 3, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-19-01585-CV

**ROBIN LOUISE THOMAS, Appellant**

**V.**

**DONALD ALLIE AND JACKIE MCCLINTOCK AS REPRESENTATIVES OF THE ESTATE OF THI PHAM, Appellees**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-08195**

### ORDER

Before the Court is appellant's third motion for extension of time to file her jurisdictional letter brief. We note the jurisdictional brief was first due February 3, 2020 and directs appellant to address the limited issue of the Court's jurisdiction in light of the notice of appeal being untimely filed. *See Brashear v. Victoria Gardens of McKinney*, 302 S.W.3d 542, 545 (Tex. App.—Dallas 2009, no pet.) (op. on reh'g) (timely filing of notice of appeal is jurisdictional). Accordingly, we **GRANT** the motion *but caution the appeal is subject to dismissal without further*

*notice* should the letter brief not be filed by **May 4, 2020**.  *See* TEX. R. APP. P. 42.3(a),(c).

/s/  ERIN A. NOWELL
JUSTICE